No. 387, Misc. WINSTON *v.* UNITED STATES ET AL. Motion for leave to file a petition for writ of certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 342, Misc. TAYLOR *v.* WILSON, WARDEN; No. 447, Misc. AGRESTI *v.* BLACKWELL, WARDEN; and No. 471, Misc. SHANKS *v.* MARYLAND. Motions for leave to file petitions for writs of habeas corpus denied.

No. 271, Misc. FERRO *v.* WILSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, and *Edward P. O'Brien,* Deputy Attorney General, for respondents.

No. 390. OZARK BUTANE Co., INC. *v.* OKLAHOMA LIQUEFIED PETROLEUM GAS BOARD ET. AL. Appeal from the United States District Court for the Western District of Oklahoma. Probable jurisdiction noted. *Morris J. Levin* and *William A. Roberts* for appellant. *Charles R. Nesbitt,* Attorney General of Oklahoma, and *Lee W. Cook,* Assistant Attorney General, for appellees.

No. 355. SUSSER ET AL. *v.* CARVEL CORP. ET AL. C. A. 2d Cir. Certiorari granted. *Sidney W. Rothstein* for petitioners. *Herbert F. Roth* for Carvel Corp. et al.; *Stanley Shaw* for Eagle Cone Corp.; and *John A. Wilson* and *Willard M. L. Robinson* for H. P. Hood & Sons, respondents.